# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CALVIN BROWN

NO. 2026 KW 0249

**MAY 4, 2026**

---

In Re:    Calvin Brown, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          2209-F-2022, 2010-M-2022.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**  <u>See</u> La. Code Crim. P. art. 924.1.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT